# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**GREG JOHNSON,**

    **Petitioner,**

    v.                          **CASE NO. 2:14-CV-00592**
                                  **JUDGE GEORGE C. SMITH**
                                  **Magistrate Judge Deavers**

**CYNTHIA MAUSSER,**
**OHIO ADULT PAROLE BOARD,**

    **Respondent.**

## OPINION AND ORDER

On August 24, 2015, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus be dismissed. (ECF No. 7). Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 7) is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

    **IT IS SO ORDERED.**

                                                   */s/ George C. Smith*
                                               **GEORGE C. SMITH, JUDGE**
                                               **UNITED STATES DISTRICT COURT**